IN RE:    **Ruth E. Soto**

CASE NO _____
                    (If Known)

CHAPTER  **7**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: x5821<br><br>**Onyx Acceptance**<br>**27051 Towne Center**<br>**Foothill Ranch, Ca 92610** | X | - | DATE INCURRED:    **9/04**<br>NATURE OF LIEN:<br>**Auto Loan**<br>COLLATERAL:<br>**2004 Mitzubishi Lancer**<br>REMARKS:<br><br><br>COLLATERAL VALUE:    **$12,000.00** | | | | $14,256.00 | $2,256.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| **No** _____ continuation sheets attached | Total for this Page (Subtotal) > | $14,256.00 | $2,256.00 |
| | Running Total > | $14,256.00 | $2,256.00 |